UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UBIQUITOUS CONNECTIVITY, LP,**<br>      Plaintiff,<br><br>**v.**<br><br>**CITY OF SAN ANTONIO, by and through its agent, CITY PUBLIC SERVICE BOARD OF SAN ANTONIO, d/b/a CPS ENERGY,**<br>      Defendant. | **CIVIL ACTION NO. 5:20-cv-00815**<br><br>**JURY TRIAL DEMANDED** |

## CPS ENERGY'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant City of San Antonio, by and through its agent, City Public Service Board of San Antonio, d/b/a CPS Energy, ("CPS Energy") without waiving any defenses described or referred to in Federal Rule 12, moves to extend the time to object to, respond to, move, or otherwise answer Plaintiff Ubiquitous Connectivity, LP's Complaint by 15 days. Plaintiff does not oppose CPS Energy's requested third extension. The current deadline to answer is October 28, 2020. The extended deadline would be November 12, 2020.

This motion is not made for delay, but only to permit orderly resolution of issues in the case.

Wherefore, CPS Energy respectfully requests that the Court extend the time to object to, respond to, move, or otherwise answer the Complaint by 15 days, until November 12, 2020.

1

Dated: October 27, 2020                    Respectfully submitted,

                                                              **FISH & RICHARDSON P.C.**

                                                              By: */s/ Neil J. McNabnay*
                                                                    Neil J. McNabnay
                                                                    Texas Bar No. 24002583
                                                                    mcnabnay@fr.com
                                                                    Ricardo J. Bonilla
                                                                    Texas Bar No. 24082704
                                                                    rbonilla@fr.com
                                                                    Rodeen Talebi
                                                                    Texas Bar No. 24103958
                                                                    talebi@fr.com
                                                                    1717 Main Street, Suite 5000
                                                                    Dallas, Texas 75201
                                                                    (214) 747-5070 – Telephone
                                                                   (214) 747-2091 – Facsimile

                                            **ATTORNEYS FOR DEFENDANT**
                                            **CITY OF SAN ANTONIO,**
                                            **by and through its agent, CITY PUBLIC**
                                            **SERVICE BOARD OF SAN ANTONIO,**
                                            **d/b/a CPS ENERGY**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 27, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                                    */s/ Neil J. McNabnay*
                                                                    Neil J. McNabnay